# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Keyetta Roshaniqua Monta Corbitt,<br><br>Petitioner<br><br>vs.<br><br>Mecklenburg County DSS,<br><br>Respondent. | JUDGMENT IN CASE<br><br>3:24-cv-01126-KDB-SCR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 2, 2025 Order.

Signed: January 2, 2025

Katherine Hord Simon, Clerk
United States District Court